UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOSH TURNER, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO: 1:22-cv-276 |
| AUTO OWNERS INSURANCE COMPANY, | ) |
| Defendant. | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**I. NATURE OF THE CASE**

1. This is an action brought by Plaintiff, Josh Turner ("Turner"), by counsel, against Defendant, Auto Owners Insurance Company, ("Defendant"), for violating the Americans with Disabilities Act ("ADA"), as amended, 42 U.S.C. § 12101 *et seq.* and the Family and Medical Leave Act of 1993, ("FMLA"), as amended, 29 U.S.C. §2601 *et seq.*

**II. PARTIES**

2. Turner is a citizen of the United States and the State of Indiana.

3. Defendant is a corporation that maintains offices and conducts business in the Southern District of Indiana.

**III. JURISDICTION AND VENUE**

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331, 42 U.S.C. § 12117, and 29 U.S.C. §2617(a)(2).

1

5. Defendant is an "employer" as that term is defined 29 U.S.C. §2611(4) and 42 U.S.C. § 12111(5)(A).

6. Turner, at all times relevant, was an "eligible employee" as that term is defined by 29 U.S.C. §2611(2).

7. Turner is a "qualified individual with a disability" as defined by the Americans with Disability Act, 42 U.S.C. §§ 12102(2) and 12111(8) and/or Defendant knew of Turner's disability and/or Defendant regarded Turner as being disabled.

8. Turner exhausted his administrative remedies by timely filing a Charge of Discrimination against Defendant with the Equal Employment Opportunity Commission and files this complaint within ninety (90) days of receipt of his Notice of Right to Sue.

9. A substantial part of the events, transactions, and occurrences concerning this case arose in the geographical environs of the Southern District of Indiana; therefore, venue is proper in this Court.

## IV.   FACTUAL ALLEGATIONS

10. Turner was hired by the Defendant on or about May 21, 2007, and he worked most recently as a Marketing Representative.

11. At all times relevant, Turner met or exceeded Defendant's legitimate performance expectations.

12. On or about December 11, 2020, Turner came down with symptoms of COVID-19 including a high fever. He texted his supervisor, Cindy Nichols ("Nichols"),

on December 14, 2020 informing her that he was going to get tested and underwent testing on December 15, 2020. Turner tested positive for COVID-19. As such, Turner suffered from a serious health condition that is considered a disability as that term is defined by the ADAAA.

13. Turner informed Nichols he would try to work from home on or about December 15, 2020, but he was soon overcome with symptoms, including extreme fatigue, headache, brain fog, cough, and difficulty breathing. Due to his debilitating symptoms, Turner passed out while at home and was unable to call all his supervisor until late Friday, December 18, 2020. Turner lives alone and had no other person to update Defendant on his status.

14. Turner was instructed to remain home for ten days and he relayed this information to the Defendant. Upon his return to the office, on January 5, 2021, Defendant terminated Turner's employment because of his unavailability during his bout with COVID. The reason given was pretext for discrimination based on Turner's disabling condition and/or serious health condition.

15. Further, Defendant did not provide FMLA leave to Turner for his serious health condition.

## V. LEGAL ALLEGATIONS

### COUNT II: DISABILITY DISCRIMINATION

16. Paragraphs one (1) through fifteen (15) of Turner's Complaint are hereby incorporated.

17. Defendant violated Turner's rights as protected by the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.* by terminating him because of his actual or perceived disability.

18. Defendant's actions were intentional, willful and in reckless disregard of Turner's rights as protected by the ADA.

19. Turner has suffered and continues to suffer harm as a result of Defendant's unlawful actions.

### COUNT II: FMLA INTERFERENCE/RETALIATION

20. Paragraphs one (1) through nineteen (19) of Turner's Complaint are hereby incorporated.

21. Defendant unlawfully interfered with Turner's rights and retaliated against Turner for his prospective use of leave under the FMLA.

22. Defendant's actions were intentional, willful, and in reckless disregard of Turner's rights as protected by the FMLA.

23. Turner suffered damages as a result of Defendant's unlawful actions.

### VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Josh Turner, by counsel, respectfully requests that this Court find for Plaintiff and:

1. Reinstate Plaintiff to the position, salary and seniority level she would have enjoyed but for Defendant's unlawful employment actions, or award him front pay in lieu thereof;

    2.       Pay Plaintiff's lost wages and benefits;

    3.       Pay to Plaintiff compensatory damages, damages for emotional distress and payment of uncovered medical bills and/or insurance premiums;

    4.       Pay to Plaintiff liquidated damages;

    5.       Pay to Plaintiff punitive damages;

    6.       Pay to Plaintiff pre- and post-judgment interest;

    7.       Pay Plaintiff's costs and attorney fees incurred in litigating this action; and,

    8.       Provide any further equitable relief this Court sees fit to grant.

                                    Respectfully submitted

                                    /s/ Lauren E. Berger_____
Lauren E. Berger, Atty. No. 29826-19
Kyle F. Biesecker, Atty. No. 24095-49
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, IN 47708
Telephone:   (812) 424-1000
Facsimile:    (812) 424-1005
Email:        lberger@bdlegal.com
               kfb@bdlegal.com

*Attorneys for Plaintiff, Josh Turner*

## DEMAND FOR JURY TRIAL

The Plaintiff, Josh Turner, by counsel, respectfully requests a jury trial for all issues deemed triable by jury.

Respectfully submitted,

/s/ Lauren E. Berger
Lauren E. Berger, Atty. No. 29826-19
Kyle F. Biesecker, Atty. No. 24095-49
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, IN 47708
Telephone:   (812) 424-1000
Facsimile:    (812) 424-1005
Email:          lberger@bdlegal.com
                   kfb@bdlegal.com

*Attorneys for Plaintiff, Josh Turner*